**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| Plaintiff(s), <br><br> v. <br><br> Defendant(s). | ) Case No: _____ <br> ) <br> ) **APPLICATION FOR** <br> ) **ADMISSION OF ATTORNEY** <br> ) **PRO HAC VICE** <br> ) (CIVIL LOCAL RULE 11-3) <br> ) <br> ) |

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: _____

_____
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*