**POTTER HANDY LLP**
Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Phone: (858) 375-7385
Fax: (888) 422-5191

Counsel for Plaintiff BRIAN MILLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MILLER, an individual, on behalf of himself and all persons similarly situated, | Case No: 5:19-cv-02114 |
| Plaintiff, | **DECLARATION OF BRIAN MILLER** |
| v. | |
| RP On-Site, LLC, a Delaware Limited Liability Company with its principal place of business in California, | |
| Defendants. | |

I, Brian Miller, hereby declare and state as follows:

1. I have personal knowledge of the facts contained in this declaration, and if called as a witness, could and would testify as to their accuracy.

2. I am a resident of the State of Arizona.

3. In my past, I got into trouble with the law on several occasions, and unfortunately, and was convicted of felony violations of Arizona law. These convictions occurred in 1996, 2000, and 2004. As a result of my last conviction, I served time in prison from 2005 to 2007.

4. Since leaving prison in 2007, I made up my mind to clean up my life. I have not had any trouble with the law, and have applied to the Maricopa County Court to restore my civil rights,

-1-

which was granted in each case. As far as I am aware, all of my convictions have been set aside as a matter of Arizona law, and have been since 2015.

5. It was my understanding that after having my convictions set aside and expunged, all of my rights have been restored and I no longer carry any disabilities from my prior troubles with the law.

6. On or about November 5, 2018, my family and I applied for an apartment rental at F for Indigo Lots ("Indigo") in my home state of Arizona.

7. As part of my application, I was required to undergo a tenant screening report conducted by RP On-Site, LLC ("RP On-Site").

8. As part of my application, Indigo required me to pay a non-refundable $100 deposit.

9. I requested RP On-Site to send me a copy of my consumer report.

10. On or about November 7, 2018, we were asked by the manager at Indigo Lofts to come to her office to further discuss the application. We were excited to do so, as the apartments at Indigo were nicer than the place we were living. When we arrived, the manager asked me to step outside for a moment, which was strange. After a while, my wife came out of the office and told me what had happened - RP On-Site submitted my consumer report to Indigo ("Report"). My wife further told me that the manager at Indigo Lofts showed her the Report, and that the Report said that I had a number of felonies. As I had spent time and money to clear my record, I was shocked to hear this.

11. Using the online platform, I was able to access the Report on or about November 7, 2018.

12. The Report contained information on my past and present addresses, my Social Security Number, date of birth, age, height, and weight. A true and correct copy of my Report is attached hereto at Exhibit 3.

13. The Report erroneously contained information regarding my convictions which had been previously set aside by the order of Arizona Courts. These convictions were reported as "felony convictions" without any indication that these were set aside or expunged.

14. Further, the Report erroneously stated that between 2004 and 2007, I had been convicted of 26 felonies for, among other things, assault, tampering with evidence, staff obstruction, stalking, and conspiracy, when in fact, these "felony convictions" were disciplinary infractions that occurred when I was in the custody of the Arizona Department of Corrections. For instance, one item "sexual harassment" was listed as a felony conviction on the Report, but was related to a time when I told a correction's officer to kiss my posterior, and was written up for it. None of these "felony convictions" were adjudicated in any court and I was never convicted of any crime as a result of these disciplinary infractions.

15. The Report indicated that the source of its information was the Arizona Department of Corrections but does not indicate a case number or dates for the filing of charges related to these "felony convictions," or when the plea of guilt was made, when a verdict was entered, or the date when the case was disposed because these administrative actions were never adjudicated by any court and were never intended to be adjudicated as they were not criminal charges.

16. The conviction for robbery cited on page 1 of the Report failed to mention that the conviction was set aside by order of the Maricopa County Court in accordance with A.R.S. § 13-907 on December 12, 1996.

17. The felony conviction from April 12, 2000 cited on page 4 of the Report failed to state that the conviction had been set aside by order of the Maricopa County Court.

18. The conviction from an incident in March 2004 cited on page 4 of the Report failed to state that the conviction had been set aside by order of the Maricopa County Court on December 8, 2015.

19. The information regarding the convictions and administrative charges were all derived from the records of the State of Arizona, either from the Maricopa County Court or the Arizona Department of Corrections, both of which have correct information – that the convictions reported by RP On-Site had all been set aside, and that the charges stated by RP On-Site as "felony convictions" by the Arizona Department of Corrections were disciplinary infractions.

20. Had RP On-Site taken adequate measures to review and report the information, it would have been readily identifiable that the adverse information regarding my criminal history predated the Report by more than seven years, or more specifically by 11 to 14 years.

21. Shortly after receiving the Report, I submitted an online complaint to RP On-Site to dispute the inaccurate information in the Report stating that my prior felony convictions had been expunged in accordance with Arizona law and that the 26 "felony convictions" were in fact administrative actions and were not convictions of any kind.

22. On or about January 9, 2019, RP On-Site completed its reinvestigation of my dispute.

23. On or about January 9, 2019, I received an e-mail entitled "Renter Relations Dispute #101503: We Have Made Our Determination" informing me that RP On-Site had rejected my complaints.

24. Further, because of the incident with my wife and the manager at Indigo Lofts, I knew that my application to rent would be denied. The errors in the report made it seem like I was a lifelong criminal with over 29 convictions, when in fact, I had paid my debt to society.

25. My family and I had to find another apartment rental after my application for apartment rental was denied by Indigo.

26. As result of the erroneous Report, I lost the $100 deposit that I paid Indigo.

27. As result of the erroneous Report, I incurred out-of-pocket expenses.

28. As result of the erroneous Report, I suffered embarrassment and loss of reputation.

29. Shortly thereafter, I felt concerned that other persons might have also had erroneous information in their consumer reports prepared by RP On-Site and had their housing applications denied similar to what happened to me. I felt it was not right for anyone to go through that experience.

30. So, I began looking for an attorney to assist me. I found my attorney, Jim Treglio, through the internet. After speaking with him at length, and reviewing his qualifications online, I determined that Mr. Treglio was experienced and competent in the prosecution of complex class action litigation involving the FCRA violations.

31. I have been informed of my duties as a class representative and have been performing them. I have found experienced and competent legal counsel. I have participated in assisting my counsel in discovery and in this litigation. I have read the complaint in this action, and generally understood it.

32. To date, I am unaware of any conflict I may have with any member of the Class as defined in my complaint. If necessary, I am prepared to testify at trial.

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct. This declaration was executed on September 3, 2020, in Florence, Arizona.

*Brian Miller*

_____

Brian Miller



## This document was signed by:

*Brian Miller* (signature)

| | |
|---|---|
| Date | |
| Phone | |
| IP Address | |
| Confirmation | |



VINESIGN.COM

# Exhibit 3

# Rental Report for Brian Miller

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An applicant who is the subject of this report may obtain a free copy at any time by contacting On-Site Renter Relations.
*El solicitante que es objeto de este informe puede obtener una copia gratuita por contactar On-Site Renter Relations.*

| Identity | From Application | From TransUnion |
|---|---|---|
| Name: | Brian Miller | BRIAN M. MILLER |
| SSN: | | |
| Birth Date: | | |

| Addresses | From Application | From TransUnion |
|---|---|---|
| | | |

| Employment | From Application | From TransUnion |
|---|---|---|
| Applicant: | Total monthly Income: | |

## Criminal History

| Requested For | Location Searched | Period Searched | Requested | Returned |
|---|---|---|---|---|
| Brian Miller | Multi-State: AK, AL, AR, AZ, CA, CO, CT, DE, FL, GA, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, VT, WA, WI, WV, WY | All available records | 11/5/2018 | 11/7/2018 |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| S-0700-CR-1990092298 | MILLER, BRIAN MICHAEL<br>BRIAN MICHAEL MILLER (AKA) | | 9/1976 | ARIZONA MARICOPA COUNTY ARCHIVE | | |
| | **Charge**<br>⊘ 10/29/1996 - **Felony (Guilty)**<br>ROBBERY | Offense Date | Filed Date<br>7/29/1996 | Plea Date | Verdict Date | Disposition Date<br>10/29/1996 |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | **Charge**<br>4/12/2006 - **Felony (Guilty)**<br>THREATEN W/HARM | Offense Date<br>4/12/2006 | Filed Date | Plea Date | Verdict Date | Disposition Date |




| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 5/8/2006 - **Felony** (Guilty)<br>PHYSICAL ASSAULT | 5/8/2006 | | | | |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 3/29/2006 - **Felony** (Guilty)<br>THREATEN W/HARM | 3/29/2006 | | | | |
| | 3/29/2006 - **Felony** (Guilty)<br>PHYSICAL ASSAULT | 3/29/2006 | | | | |
| | 3/29/2006 - **Felony** (Guilty)<br>DISORDRLY CONDCT | 3/29/2006 | | | | |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 4/16/2006 - **Felony** (Guilty)<br>PHYSICAL ASSAULT | 4/16/2006 | | | | |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 3/23/2006 - **Felony** (Guilty)<br>THREATEN W/HARM | 3/23/2006 | | | | |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 4/18/2006 - **Felony** (Guilty)<br>THREATEN W/HARM | 4/18/2006 | | | | |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 7/1/2006 - **Felony** (Guilty)<br>THREATEN W/HARM | 7/1/2006 | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 7/1/2006 - **Felony** (Guilty)<br>TAMPERING | 7/1/2006 | | | | |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 4/26/2006 - **Felony** (Guilty)<br>THREATEN W/HARM | 4/26/2006 | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 4/26/2006 - **Felony** (Guilty)<br>POSS/MANUF WEAPN | 4/26/2006 | | | | |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 4/26/2005 - **Felony** (Guilty)<br>THREATEN W/HARM | 4/26/2005 | | | | |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 10/18/2005 - **Felony** (Guilty)<br>THREATEN W/HARM | 10/18/2005 | | | | |



| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge<br>3/27/2006 - **Felony (Guilty)**<br>STAFF OBSTRUCTN | Offense Date<br>3/27/2006 | Filed Date | Plea Date | Verdict Date | Disposition Date |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| 20040373380 | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge<br>9/7/2007 - **Felony (Guilty)**<br>AGGRAVATED ASSAULT | Offense Date<br>3/14/2004 | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | Sentence Type | | Sentence Begins<br>4/11/2005 | Duration<br>Up to 3 Years and 6 Months | | Release Date<br>9/7/2007 |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| S-0700-CR-199909593 | MILLER, BRIAN MICHAEL<br>BRIAN MICHAEL MILLER (AKA) | | 9/1976 | ARIZONA MARICOPA COUNTY ARCHIVE | | |
| | Charge<br>⚠ 4/12/2000 - **Felony (Guilty)**<br>AGGRAVATED ASSAULT | Offense Date | Filed Date<br>12/8/1999 | Plea Date | Verdict Date | Disposition Date<br>4/12/2000 |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge<br>3/17/2006 - **Felony (Guilty)**<br>THREATEN W/HARM | Offense Date<br>3/17/2006 | Filed Date | Plea Date | Verdict Date | Disposition Date |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge<br>8/18/2006 - **Felony (Guilty)**<br>CONSPIRACY GRP A | Offense Date<br>8/18/2006 | Filed Date | Plea Date | Verdict Date | Disposition Date |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 6/5/2007 - **Felony** (Guilty)<br>THREATEN W/HARM | 6/5/2007 | | | | |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 7/2/2007 - **Felony** (Guilty)<br>ANY SEX ACT/STLK | 7/2/2007 | | | | |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 9/19/2005 - **Felony** (Guilty)<br>THREATEN W/HARM | 9/19/2005 | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 9/19/2005 - **Felony** (Guilty)<br>TAMPERING | 9/19/2005 | | | | |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 7/5/2007 - **Felony** (Guilty)<br>THREATEN W/HARM | 7/5/2007 | | | | |

| Case Number | Name on Record | | Birth Date | Record Source | | |
|---|---|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS | | |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 7/2/2006 - **Felony** (Guilty)<br>THREATEN W/HARM | 7/2/2006 | | | | |




| Case Number | Name on Record | | Birth Date | Record Source |
|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 3/22/2006 - **Felony** (Guilty)<br>THREATEN W/HARM | 3/22/2006 | | | | |

| Case Number | Name on Record | | Birth Date | Record Source |
|---|---|---|---|---|
| | MILLER, BRIAN M<br>BRIAN MICHAEL MILLER (AKA) | | 9/**/1976 | ARIZONA DEPARTMENT OF CORRECTIONS |
| | **Physical Description**<br>Gender: Male; Height: 5'3"; Weight: 135 Lbs; Hair Color: Brown; Eye Color: Hazel; | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 8/16/2005 - **Felony** (Guilty)<br>THREATEN W/HARM | 8/16/2005 | | | | |
| | Charge | Offense Date | Filed Date | Plea Date | Verdict Date | Disposition Date |
| | 8/16/2005 - **Felony** (Guilty)<br>PHYSICAL ASSAULT | 8/16/2005 | | | | |

| National Sex Offender Registry History | | |
|---|---|---|
| Requested For<br>Brian Miller | Date Requested<br>11/5/2018 | Date Returned<br>11/5/2018 |
| **Results**<br>No Records Found | | |

| Landlord Tenant Court Records |
|---|
| There were no previous Landlord Tenant Court records found. |

| OFAC SDN Search | | |
|---|---|---|
| Requested For<br>Brian Miller | Results<br>No records found | Returned<br>11/5/2018 |

**Collections**
**From TransUnion**



*CR87727088*
Brian Miller, 11/5/2018

MILLER 000007



Rental Report for Brian Miller, 11/5/2018 for F at Indigo Lofts

| Account Name | Opened | Last Active | 30-59 | 60-89 | 90+ | Past Due | Balance |
|---|---|---|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ | | ▮▮ | ▮▮ |
| | | ▮▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |

| Previous Credit Inquiries | |
|---|---|
| **From TransUnion** | |
| 11/2018 | ONSITE MANAG (Applicant) |
| 11/2018 | UCS (Applicant) |
| 6/2018 | CREDITLINK (Applicant) |
| 4/2018 | CENTURYLINK (Applicant) |
| 3/2018 | US BANK (Applicant) |
| 12/2016 | SYNCB/WALMRT (Applicant) |
| 12/2016 | AMER REPT CO (Applicant) |

*Para informacion en español, visite* www.consumerfinance.gov/learnmore *o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20006.*

# A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness and privacy of information in the files of consumer reporting agencies (CRA's). There are many types of CRA's, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to** www.consumerfinance.gov/learnmore **or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20006.**

**You may have additional rights under Maine's FCRA, Me. Rev Stat. Ann. 10, Sec 1311 et seq.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a CRA (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - A person has taken adverse action against you because of information in your credit report;
    - You are the victim of identify theft and place a fraud alert in your file;
    - Your file contains inaccurate information as a result of fraud;
    - You are on public assistance;
    - You are unemployed but expect to apply for employment within 60 days.

In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty CRA's. See www.consumerfinance/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance/learnmore for an explanation of dispute procedures.
- **CRA's must correct or delete inaccurate, incomplete or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **CRA's may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A CRA may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.
- **You may seek damages from violators.** If a CRA, or, in some cases, a user of consumer reports or a furnisher of information to a CRA violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact::**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, saving associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to Bureau: | a. Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20006<br><br>b. Federal Trade Commission:<br>Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency- Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration - Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Department of Transportation<br>400 Seventh Street SW<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>1925 K Street NW<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>406 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities & Exchange Commission<br>100 F St NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

MILLER 000009



Renter Relations
307 Orchard City Drive | Suite 110 | Campbell, CA 95008
Live Help: www.RenterRelations.com

## Fair Credit Reporting Act Disclosures

**Information on file:** On-Site does not maintain a file on you. We are a reseller of credit and public records information, and all of that information comes from sources outside On-Site. That means that each time we generate a new report for a housing provider, we go to our outside sources for that information and pass it on in the form of our report to the housing provider. We do not generate reports from our own data because we maintain no data—it all comes from third parties.

**Sources of the information in our report:**
Any credit information in our report is provided to us by one or more of the credit bureaus listed below. Our report will indicate the credit bureau where On-Site requested credit information about you.
- **Equifax, Inc.:** P.O. Box 740256, Atlanta, GA 30374-0241; toll free: (800) 685-1111 http://www.equifax.com/online-credit-dispute
- **Experian, Inc.:** P.O. Box 2002, Allen, TX 75013; toll free: (888) 397-3742 http://www.experian.com/disputes
- **TransUnion, LLC:** P.O. Box 1000, Chester, PA 19022; toll free: (800) 916-8800 http://www.transunion.com/corporate/personal/creditDisputes.page

If our report indicates that we requested information about possible criminal records or landlord tenant court records, please contact us at (866) 266-7483 and our Renter Relations team will provide information about our sources to you.

**Previously reports:** On-Site is unable to identify companies or persons who have previously requested a report about you for employment purposes or any other purposes because On-Site does not maintain a file on you.

**Dates, original payees, and amounts of bad checks on file:** On-Site does not maintain information about bad checks.

**Your number of credit inquiries within the preceding year:** If a housing provider requested credit information about you, the number of credit inquiries made about you in the past year is located at the bottom of our report. Housing providers do not use credit inquiry information in our report as a factor when they make their decisions.

**Credit Scores:** You have the right to request and obtain a credit score; however, On-Site does not generate or maintain credit scores. If a housing provider created or used a credit score in making a decision about you, the score will appear in the adverse action notice that the housing provider generated and provided to you, or it will be a credit score from FICO that appears in our report.