**POTTER HANDY LLP**
Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Phone: (858) 375-7385
Fax: (888) 422-5191

Counsel for Plaintiff BRIAN MILLER

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MILLER, an individual, on behalf of himself and all persons similarly situated, | Case No: 5:19-cv-02114 |
| Plaintiff, | **DECLARATION OF HEATHER MILLER** |
| v. | |
| RP On-Site, LLC, a Delaware Limited Liability Company with its principal place of business in California, | |
| Defendants. | |

I, Heather Miller, hereby declare and state as follows:

    1.    I have personal knowledge of the facts contained in this declaration, and if called as a witness, could and would testify as to their accuracy.

    2.    I am the spouse of Brian Miller ("Brian"), plaintiff in this complaint against RP On-Site, LLC ("RP On-Site").

    3.    Brian and I reside in the State of Arizona.

    4.    Brian and I have been together for many years. I know that Brian had made mistakes which resulted in felony convictions in his past, but Brian has taken significant efforts to improve his

life. I have assisted him with submitting paperwork to get those past mistakes taken off of his record, which he has.

5. On or about November 5, 2018, Brian and I applied for an apartment rental at F for Indigo Lots ("Indigo") in our home state of Arizona. The apartment itself was a significant upgrade from our current residence, and would have provided our family a better place to live.

6. As part of our application, Brian and I were required to undergo a tenant screening report conducted by RP On-Site.

7. As part of our application, Indigo required us to pay a non-refundable $100 deposit, which we did.

8. On or about November 7, 2018, RP On-Site submitted Brian's consumer report to Indigo ("Report"). The manager at Indigo Lots called us, and asked to see me. I went with Brian and my daughter. When we arrived, the manager at Indigo Lots asked Brian to step outside for a moment, while she spoke with me and my daughter.

9. Once Brian left, the manager showed me the Report. The Report contained information on Brian's past and present addresses, his Social Security Number, date of birth, age, height, and weight. But was most concerning was that the Report erroneously contained information regarding Brian's convictions which had been previously set aside by the order of Arizona Courts. These convictions were reported as "felony convictions" without any indication that these were set aside or expunged.

10. The Report erroneously stated that between 2004 and 2007, Brian had been convicted of 26 felonies for, among other things, assault, tampering with evidence, staff obstruction, stalking, and conspiracy, when in fact, these "felony convictions" were disciplinary infractions that occurred when Brian was in the custody of the Arizona Department of Corrections. The manager asked me if I knew about Brian's history, and asked me how I could be married to a criminal like Brian. Both my daughter and I were completely taken aback, and we left.

11. As a result of the report, and what the manager told me, I knew that we could not live in that apartment if Brian stayed with us. We are a family, and I was not going to live apart from my

1 husband, and the father of my children. As result of the erroneous Report, we lost the $100 deposit
2 that we paid Indigo.

3     12.    But that is not the worst of it, as a result of the erroneous report, our reputation in our
4 hometown was ruined. The manager at Indigo Lots told other people about the Report and Brian's
5 past. This has been hurtful to me and my children, and it's hurt Brian as well.

6     I declare under penalty of perjury under the laws of the State of California and the United
7 States of America, that the foregoing is true and correct. This declaration was executed on September
8 3, 2020, in Florence, Arizona.

*[signature: Heather Miller]*

_____

Heather Miller



# This document was signed by:

## Heather Miller










| | |
|---|---|
| Date | 9/4/2020 2:39 PM UTC |
| Phone | |
| IP Address | 98.177.147.231 |
| Confirmation | 1E7EDBA3BDF62EF40BF6F12A231C1E74 |



**VINESIGN.COM**