| | |
|---|---|
| **TROUTMAN PEPPER**<br>**HAMILTON SANDERS LLP**<br>RONALD I. RAETHER (SBN 303118)<br>JESSICA R. LOHR (SBN 302348)<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614-2545<br>Telephone: (949) 622-2722<br>Facsimile: (949) 622-2739<br>ronald.raether@troutman.com<br>jessica.lohr@troutman.com | MARY KATE KAMKA (SBN 282911)<br>Three Embarcadero Center, Suite 800<br>San Francisco, CA 94111<br>Telephone: 415.5477.5700<br>Facsimilie:415.477.5710<br>Marykate.kamka@troutman.com |

DAVID GETTINGS (*PRO HAC VICE*)
222 Central Park Ave, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7747
Facsimile: (757) 687-1545
davegettings@troutman.com

Attorneys for RP On-Site LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN MILLER,<br><br>            Plaintiff,<br><br>v.<br><br>RP ON-SITE, LLC,<br><br>            Defendant. | Case No. 5:19-cv-02114-LHK<br><br>**NOTICE OF SETTLEMENT** |

1  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF
2  RECORD:
3  PLEASE TAKE NOTICE that Plaintiff Brian Miller has reached a settlement with
4  Defendant RP On-Site, LLP. Once the settlement is final, the parties will file a joint stipulation of
5  dismissal with prejudice.

Dated: April 15, 2021                              **TROUTMAN PEPPER HAMILTON SANDERS, LLP**

By: */s/ Mary Kate Kamka*
    Mary Kate Kamka

*Attorneys for Defendants*

115266248v1   - 1 -   CASE NO. 5:19-CV-02114-LHK
NOTICE OF SETTLEMENT